| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Anerio V. Altman, Esq. #228445<br>Lake Forest Bankruptcy II, APC<br>26632 Towne Centre Drive #300<br>Foothill Ranch, CA 92610<br>Phone and Fax: (949) 218-2002<br>avaesq@lakeforestbkoffice.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* DEBTOR | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>MICHAEL CHRISTIAN ALEXANDER<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:25-bk-18382-MH<br>CHAPTER: 13<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF A CONTESTED MATTER**<br>**[FRBP 9014(c) and LBR 9013-1(k)]**<br><br>DATE: 11/20/2025<br>TIME: 11:00 am<br>COURTROOM: 1368<br>PLACE: 255 E. Temple Street, Los Angeles, CA 90017 |
|---|---|

A motion for an order  Rejecting a Real Estate Listing
was filed on (date)  10/20/2025  and

☒ No response was filed with the court or served on the movant; or

☐ The parties stipulated to dismiss on (date) _____ on the record of the court; or

☐ The parties filed a stipulation to dismiss on (date) _____.

Notice is given that the above-entitled contested matter [docket entry number _____ ] is dismissed pursuant to FRBP 9014(c).

Date: 10/23/25

LAKE FOREST BANKRUPTCY II, APC
Printed name of law firm (if applicable)

ANERIO V. ALTMAN
Printed name of individual Movant or attorney for Movant

*/s/ Anerio V. Altman*
Signature of individual Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

26632 Towne Centre Drive #300, Foothill Ranch, CA 92610

A true and correct copy of the foregoing document entitled: **NOTICE OF VOLUNTARY DISMISSAL OF A CONTESTED MATTER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/23/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman    aaltman@ecf.courtdrive.com, lakeforestpacer@gmail.com
Nancy K Curry (TR)    inquiries@trusteecurry.com, TrusteeECFMail@gmail.com
Marcus G Tiggs    mtiggs@lawbwl.com, bribwl@gmail.com;18631@notices.nextchapterbk.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/23/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/23/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/23/2025 | Anerio V. Altman | _[signature]_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014    Page 2    F 9013-1.5.MOTION.VOL.DISMISSAL

U.S. MAIL

Derik Lewis
Vantis Law Firm, APC
120 Vantis Drive Suite 300
Aliso Viejo, CA 92656-2677

Lawyers Realty Group
President/CEO Derik Lewis
7700 Irvine Center Drive Suite 800
Irvine, CA 92618

Saris Realty Group
President/CEO Derik Lewis
7700 Irvine Center Drive Suite 800
Irvine, CA 92618