| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MARCUS G. TIGGS, BAR NUMBER 137467<br>mtiggs@lawbwl.com<br>BAYER WISHMAN & LEOTTA<br>1055 Wilshire Blvd., Ste 1900<br>Los Angeles, CA. 90017<br>Tel. 213-629-8801<br>Fax. 213-629-8802<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Respondent, Royal Business Bank | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>MICHAEL CHRISTIAN ALEXANDER,<br><br><br>Debtor(s) | CASE NO.: 2:25-bk-18382-VZ<br>CHAPTER: 13<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>DEBTOR'S MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE STAY |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER DENYING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY

was lodged on (*date*) __10/27/2025__ and is attached. This order relates to the motion which is docket number 14.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.BK.NOTICE.LODGMENT

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>MARCUS G. TIGGS, BAR NUMBER 137467<br>mtiggs@lawbwl.com<br>**BAYER WISHMAN & LEOTTA**<br>1055 Wilshire Blvd., Ste 1900<br>Los Angeles, CA. 90017<br>Tel. 213-629-8801<br>Fax. 213-629-8802<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Secured Creditor, Royal Business Bank | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>MICHAEL CHRISTIAN ALEXANDER,<br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 2:25-bk-18382-VZ<br>CHAPTER: 13<br><br>**ORDER ☐ GRANTING  ☒ DENYING**<br>**MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY**<br><br>☐ No hearing held<br>☒ Hearing held<br>DATE: **October 21, 2025**<br>TIME: **10:00am**<br>COURTROOM: **1368**<br>ADDRESS: **255 E. Temple Street**<br>     **Los Angeles, CA.** |
|---|---|

Respondent *(name)*: **ROYAL BUSINESS BANK**

1. The Motion was:   ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following property (Property):

   ☐ Vehicle *(describe year, manufacturer, type and model)*:

   *Vehicle identification number:*
   *Location of vehicle (if known):*

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*     Page 1     **F 4001-1.IMPOSE.STAY.ORDER**

☐ Equipment *(describe manufacturer, type, and characteristics)*:
    *Serial numbers(s):*
    *Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☒ Real property:
    *Street Address:* **6435 Green Valley Circle**
    *Unit Number:* **Unit 214**
    *City, State, Zip Code:* **Culver City, CA. 90230**

Legal description or document recording number (*including county of recording*):

☒ See attached page. **Exh 1**

3. The Motion is granted on the grounds that:
   a. ☐ This case was filed in good faith.
   b. ☐ The Property is of consequential value or benefit to the estate.
   c. ☐ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
   d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is
   a. ☐ Imposed *as to all creditors* until further order of the court.
   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
   d. ☐ Continued *as to all creditors* until further order of the court.
   e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☒ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*      Page 2      **F 4001-1.IMPOSE.STAY.ORDER**

# EXHIBIT 1

**Order No.:** ▮▮▮▮▮▮▮▮▮▮

**For APN/Parcel ID(s):** ▮▮▮▮▮▮▮▮▮▮

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF CULVER CITY, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

A CONDOMINIUM COMPRISED OF:

(A) AN UNDIVIDED 235 PERCENTAGE INTEREST IN LOT(S) 1 OF TRACT NO. 23852, IN THE CITY OF CULVER CITY, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 839, PAGE(S) 92 TO 93 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM UNITS 1 TO 404, AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN RECORDED FEBRUARY 27, 1974 AS INSTRUMENT NO. 468.

(B) UNIT NO. 103, AS SHOWN AND DEFINED IN THE CONDOMINIUM PLAN.

**EXHIBIT 1**

7. ☒ The Motion is denied:   ☒ without prejudice   ☐ with prejudice   ☒ on the following grounds:

   a. ☒ Based upon the findings of fact and conclusions of law made on the record at the hearing

   b. ☐ Unexcused non-appearance by Movant

   c. ☐ Lack of proper service

   d. ☐ Lack of good cause shown

   e. ☐ Other (*specify*):

###

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*     Page 3     **F 4001-1.IMPOSE.STAY.ORDER**

# ADEQUATE PROTECTION ATTACHMENT

The automatic stay in this case is or remains in effect subject to the following terms and conditions:

1. ☐ The tendered payments at the hearing in the amount of $_____.

2. ☒ The Movant must make regular monthly payments in the amount of $**2,101.85** commencing **February 1, 2026**. All payments due Secured Creditor/Lessor hereunder must be paid to the following address:

    Royal Business Bank (SBA Loan Dept.)
    Attn: Robert Ross
    1055 Wilshire Blvd., Ste 1220
    Los Angeles, CA. 90017

3. ☐ The Movant must cure the postpetition default computed through _____ in the sum of $_____ as follows:

    a. ☐ In equal monthly installments of $_____ each commencing _____ and continuing thereafter through and including _____,

    b. ☐ By paying the sum of $_____ on or before _____,

    c. ☐ By paying the sum of $_____ on or before _____,

    d. ☐ By paying the sum of $_____ on or before _____,

    e. ☐ Other:

4. ☐ The Movant must maintain insurance coverage on the property and must remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ Upon any default in the foregoing terms and conditions, Secured Creditor/Lessor must serve written notice of default to Movant, and any attorney for Movant. If Movant fails to cure the default within 14 days after mailing of such written notice:

    a. ☐ The stay will automatically terminate without further notice, hearing or order.

    b. ☐ Secured Creditor/Lessor may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the court may grant without further notice or hearing.

    c. ☐ The Secured Creditor/Lessor may move for relief from the stay upon shortened notice in accordance with the LBRs.

    d. ☐ The Secured Creditor/Lessor may move for relief from the stay on regular notice.

6. ☐ Notwithstanding anything contained herein to the contrary, the Movant is entitled to a maximum of (*number*) _____ notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Movant has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Secured Creditor/Lessor is relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Secured Creditor/Lessor is entitled, without first serving a notice of default and providing the Movant with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Movant's failures to perform hereunder, together with a proposed order terminating the stay, which the court may enter without further notice or hearing.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2018    Page 4    F 4001-1.IMPOSE.STAY.ORDER

7. ☐ The foregoing terms and conditions are binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions cease to be binding and Secured Creditor/Lessor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

8. ☐ If Secured Creditor/Lessor obtains relief from stay based on Debtor's defaults hereunder, the order granting that relief may contain a waiver of the 14-day stay created by FRBP 4001(a)(3).

9. ☒ Secured Creditor/Lessor may accept any and all payments made pursuant to this order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

10. ☒ Other (*specify*):

    a) The Automatic Stay under §362 shall continue for three (3) months, through and until January 23, 2026 (the "Stay Period").

    b) After the conclusion of the Stay Period, the Stay shall remain in effect as long as Debtor timely tenders' monthly adequate protection payments to Royal Business Bank ("RBB") in the amount of the regular monthly payments, in accordance with the Note and Deed of Trust in favor of RBB, beginning with the February 1, 2026 payment ("Adequate Protection Payments").

    c) Should Detor fail to timely tender any Adequate Protection Payments referenced in ¶10(b) above, RBB is entitled to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failure(s) to perform hereunder, together with a proposed order terminating the stay, which the court may enter without further notice or hearing.

APROVED AS TO FORM AND CONTENT:

**Lake Forest Bankruptcy II, APC**

Dated:      <u>See Next Page for signature</u>
Anerio V. Altman, Esq.
Attorneys for Debtor

**BAYER WISHMAN & LEOTTA**

Dated: **10/27/2025**    <u>/s/Marcus G. Tiggs, Esq.</u>
Marcus G. Tiggs
Attorneys for Royal Business Bank

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*　　　　　　　　　　　Page 5　　　　　　　　　　**F 4001-1.IMPOSE.STAY.ORDER**

7. ☐ The foregoing terms and conditions are binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions cease to be binding and Secured Creditor/Lessor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

8. ☐ If Secured Creditor/Lessor obtains relief from stay based on Debtor's defaults hereunder, the order granting that relief may contain a waiver of the 14-day stay created by FRBP 4001(a)(3).

9. ☒ Secured Creditor/Lessor may accept any and all payments made pursuant to this order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

10. ☒ Other (*specify*):

   a) The Automatic Stay under §362 shall continue for three (3) months, through and until January 23, 2026 (the "Stay Period").

   b) After the conclusion of the Stay Period, the Stay shall remain in effect as long as Debtor timely tenders' monthly adequate protection payments to Royal Business Bank ("RBB") in the amount of the regular monthly payments, in accordance with the Note and Deed of Trust in favor of RBB, beginning with the February 1, 2026 payment ("Adequate Protection Payments").

   c) Should Detor fail to timely tender any Adequate Protection Payments referenced in ¶10(b) above, RBB is entitled to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failure(s) to perform hereunder, together with a proposed order terminating the stay, which the court may enter without further notice or hearing.

APROVED AS TO FORM AND CONTENT:

**Lake Forest Bankruptcy II, APC**

Dated: 10/27/25

Anerio V. Altman, Esq.
Attorneys for Debtor

**BAYER WISHMAN & LEOTTA**

Dated:  /s/Marcus G. Tiggs, Esq.
Marcus G. Tiggs
Attorneys for Royal Business Bank

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2018    Page 5    F 4001-1.IMPOSE.STAY.ORDER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __10/27/2025__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Anerio V Altman    aaltman@ecf.courtdrive.com, lakeforestpacer@gmail.com
- Nancy K Curry (TR)    inquiries@trusteecurry.com, TrusteeECFMail@gmail.com
- Marcus G Tiggs    mtiggs@lawbwl.com, bribwl@gmail.com;18631@notices.nextchapterbk.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __10/27/2025__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Michael Christian Alexander
6435 Green Valley Cir Unit 214
Culver City, CA 90230−8075

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/27/2025 | MARCUS G. TIGGS | /s/Marcus G Tiggs |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**